**LAW OFFICES OF NEIL R. ANAPOL**
NEIL R. ANAPOL, SBN #141764
E-Mail: neilanapol@gmail.com
**LAWRENCE & ASSOCIATES**
AMY B. LAWRENCE, SBN #115874
E-Mail: ablawrence@lawandassoc.com
2550 Hollywood Way, Suite 202
Burbank, California 91505
Telephone: (818)566-7355
Facsimile: (818)566-7875

Attorneys for Plaintiff
John T. Dooley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. DOOLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Defendants. | Case No: 2:18-cv-00512 JAK (PLAx)<br>*Assigned to the Honorable John A. Kronstadt and Magistrate Judge Paul L. Abrams*<br><br>*[Previously Known As Los Angeles Superior Court Case No. BC687336 Before The Honorable Deirdre Hill]*<br><br>[PROPOSED] **ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>State Complaint Filed:<br>December 18, 2017 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATED: 6/21/18           By: _[signature]_

                         PAUL L. ABRAMS

1
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER
Case No. 2:18-CV-00512 JAK (PLAX)
FPDOCS 34194781.1