1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. DOOLEY, an individual;<br><br>      Plaintiff,<br><br>  vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and DOES 1-50;<br><br>      Defendants. | CASE NO.: LA CV18-00512 JAK (PLAx)<br><br>ORDER RE JOINT STIPULATION FOR DISMISSAL OF CASE (DKT. 69) |

Based on a review of the Joint Stipulation for Dismissal of Case (the "Stipulation" (Dkt. 69)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is hereby **DISMISSED** with prejudice, with each

///

///

party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 21, 2020        _____

John A. Kronstadt
United States District Judge